# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TRAVIS CINTELL MOSELY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:24-cv-00942-AMM-SGC |
| ) | |
| **JOHN DOE,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

On January 9, 2025, the magistrate judge entered a report recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted; the recommendation was premised on the plaintiff's admitted failure to exhaust available administrative remedies. Doc. 8. Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections. The deadline to object has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the claims presented in this matter will be dismissed without prejudice for failure to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this 5th day of February, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE